# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael Justin Choquette, | ) | Case No. 1:16-cr-244 |
| Defendant. | ) | |

On January 31, 2017, the court issued an order granting defendant's request to be furloughed on February 21, 2017, so that he could attend a hearing on a civil matter in state district court. The court hereby **VACATES** its order granting defendant's furlough request.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court